PEOPLE, PLAINTIFF AND APPELLEE, *v.* SANTOS, DEFENDANT
AND APPELLANT.

Appeal from the District Court of Guayama in a Prosecution for Violation of Section 338 of the Penal Code.

No. 1541.—Decided June 10, 1920.

PUBLIC HEALTH—SCIENTER—EVIDENCE.—In order that a person may be convicted of selling decomposed meat it is necessary to prove that he sold it knowing that it was decomposed.

The facts are stated in the opinion.

*Mr. C. Domínguez Rubio* for the appellant.

*Mr. J. E. Figueras, Fiscal,* for the appellee.

MR. JUSTICE ALDREY delivered the opinion of the court.

Appellant Luis Santos Burgos was fined for knowingly selling decomposed meat and prays for a reversal of the judgment and his acquittal on the ground that it was not shown that he knew that the meat was decomposed. The *Fiscal* of this court also recommends his discharge for the same reason.

We have examined the evidence produced at the trial and find that there is really an entire absence of evidence tending to prove this charge, such evidence being necessary

in this kind of an offense, as was held by this court in the case of *People* v. *Matos,* 22 P. R. R. 605.

The judgment appealed from should be reversed and the appellant discharged.

*Reversed.*

Chief Justice Hernández and Justices del Toro and Hutchison concurred.

Mr. Justice Wolf took no part in the decision of this case.